ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 3:38 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 3:38:13 PM
CHRISTOPHER A. PRINE
Clerk

**Cause No. 15-25-00022-CV**

# In the Court of Appeals
# For the Fifteenth District of Texas

## City of Coppell, Texas, et al.,

*Appellants/Cross-Appellees,*

v.

## Kelly Hancock, in His Official Capacity as Acting Comptroller of Public Accounts of the State of Texas,

*Appellee/Cross-Appellant.*

Appeal from the 201st Judicial District Court of Travis County, Texas
Hon. Karin Crump, Presiding

## All Parties' Joint Motion to Extend Time to File Response Briefs

James B. Harris
State Bar No. 09065400
james.harris@hklaw.com

Stephen F. Fink
State Bar No. 07013500
stephen.fink@hklaw.com

Richard B. Phillips, Jr.
State Bar No. 24032833
rich.phillips@hklaw.com

Reed C. Randel
State Bar No. 24075780
reed.randel@hklaw.com

Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**Counsel for Cross-Appellees the Coppell Parties**

Cindy Olson Bourland
State Bar No. 00790343
bourland@bourlandlaw.com
Bourland Law Firm, P.C.
P.O. Box 546
Round Rock, Texas 78680

Bryan J. Dotson
State Bar No. 24072769
bryan.dotson@chamberlainlaw.com
Chamberlain, Hrdicka, White, Williams & Aughtry, P.C.
112 East Pecan Street, Ste. 1450
San Antonio, Texas 78205

**Counsel for Appellee City of Round Rock, Texas**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation
Division

**KYLE PIERCE COUNCE**
State Bar No. 24082862
kyle.counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 463-3112

**Counsel for Appellee Kelly
Hancock, in His Official
Capacity as Acting
Comptroller of Public
Accounts of the State of
Texas**

To the Honorable Court of Appeals:

1.    Under Texas Rules of Appellate Procedure 2, 10.5(b), and 38.6(d), Appellee City of Round Rock, Texas ("Round Rock"), Appellee Kelly Hancock, in His Official Capacity as Acting Comptroller of Public Accounts of the State of Texas ("Comptroller"), and Cross-Appellees City Coppell, Texas, City of Humble, Texas, City of DeSoto, Texas, City of Carrollton, Texas, and City of Farmers Branch, Texas (the "Coppell Parties") respectfully request a 30-day extension on the due dates for their response briefs.

2.    This is an appeal and cross-appeal arising from a dispute about the meaning of certain provisions of the Texas Tax Code and related rules in the Texas Administrative Code. Round Rock's response brief as appellee, the Comptroller's response brief as appellee, and the Coppell Parties' response brief as cross-appellees are all currently due on Monday, October 27, 2025. The requested extensions would make the briefs due on Wednesday, November 26, 2025. This is the first request for extension of the due dates for these briefs.

3.    No party opposes any other party's request for an extension of time.

4.    Round Rock requests this extension because its counsel has been and will be occupied with other case matters and travel that will prevent them from filing the brief by the current due date. Among other matters, lead counsel Cindy Olson

Bourland will be out of state from October 24 to October 31, 2025, and also needs additional time to thoroughly research and address the issues presented by this appeal.

5.  The Comptroller requests this extension because their lead counsel, Kyle Pierce Counce, is occupied with other case matters that will prevent them from filing the brief by the current due date. Among other matters, lead counsel has been occupied with the following:

(a)  preparing for and presenting oral argument on October 30, 2025, in No. 15-24-00113-CV, *Hancock v. American Airlines, Inc.,* pending in this Court;

(b)  assisting in preparation for oral argument on October 30, 2025 (oral argument canceled on October 16, 2025), in No. 15-24-00111-CV, *Hancock v. Championx, LLC*;

(c)  preparing for a Plea to the Jurisdiction hearing held on October 15, 2025 in No. D-1-GN-25-000438, *City of Lancaster v. Hegar, et al.,* pending in the 345th Judicial District Court of Travis County, Texas; and

(d)  mediating Cause No. 3:23-cv-00810, *Stinson v. Jones, et al.,* in the United States District Court for the Northern District of Texas.

6.  The Coppell Parties request this extension primarily because their lead counsel, James B. Harris, will be out of the country on a long-planned 50th wedding anniversary trip to Africa from October 9 through October 27. The trip covers most of the time to prepare the response brief and Mr. Harris will still be out of the country on the current due date. Additionally, the Coppell Parties other counsel has been

and will be occupied with other matters that will prevent them from filing the brief by the current due date. Among other matters, counsel has been occupied with the following:

(a) preparing the appellee's response brief due on October 8, 2025, in *Miller v. Dunn, et al.*, No. 05-25-00768-CV, pending in the Court of Appeals for the Fifth District of Texas;

(b) preparing the appellants' opening brief in *Cockerill, et al. v. Corteva, et al.*., No. 25-2204 and No. 25-2312, pending in the United States Court of Appeals for the Third Circuit;

(c) preparing the petition for review due on October 29, 2025, in 25-0863, *Southern Cornerstone, Inc. v. Crown Colony Improvement Association, Inc.*, pending the Supreme Court of Texas; and

(d) preparing for and presenting oral argument on October 30, 2025, in No. 15-24-00113-CV, *Hancock v. American Airlines, Inc.*, pending in this Court.

Therefore, Round Rock, the Comptroller, and the Coppell Parties request that the Court extend the deadline for their response briefs to Wednesday, November 26, 2025.

Dated: October 17, 2025

Respectfully submitted,

Holland & Knight LLP

By: /s/ Richard B. Phillips, Jr.
    James B. Harris
    State Bar No. 09065400
    james.harris@hklaw.com

    Stephen F. Fink
    State Bar No. 07013500
    stephen.fink@hklaw.com

    Richard B. Phillips, Jr.
    State Bar No. 24032833
    rich.phillips@hklaw.com

    Reed C. Randel
    State Bar No. 24075780
    reed.randel@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 964-9500

**Counsel for The Coppell Parties**

Bourland Law Firm, P.C.
P.O. Box 546
Round Rock, Texas 78680

By: /s/ Cindy Olson Bourland
    Cindy Olson Bourland
    State Bar No. 00790343
    bourland@bourlandlaw.com

Chamberlain, Hrdicka, White, Williams & Aughtry, P.C.
Bryan J. Dotson
State Bar No. 24072769
bryan.dotson@chamberlainlaw.com
112 East Pecan Street, Ste. 1450
San Antonio, Texas 78205

**Counsel for The City of Round Rock, Texas**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation Division

*/s/ Kyle Pierce Counce*
**KYLE PIERCE COUNCE**
State Bar No. 24082862
kyle.counce@oag.texas.gov
Assistant Attorney General
Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-3112
F: (512) 478-4013


**COUNSEL FOR KELLY HANCOCK,
IN HIS OFFICIAL CAPACITY AS
ACTING COMPTROLLER OF
PUBLIC ACCOUNTS OF THE
STATE OF TEXAS**

## Certificate of Conference

This is a joint request by all parties to this appeal and all parties have consented to the extensions requested by the other parties.

_/s/ Richard B. Phillips, Jr._
Richard B. Phillips, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 106998333
Filing Code Description: Motion
Filing Description: Joint Motion for Extension of Time to File Response Briefs
Status as of 10/17/2025 3:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 10/17/2025 3:38:13 PM | SENT |
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 10/17/2025 3:38:13 PM | SENT |
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 10/17/2025 3:38:13 PM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 10/17/2025 3:38:13 PM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 10/17/2025 3:38:13 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 10/17/2025 3:38:13 PM | SENT |
| Kyle Counce | 24082862 | Kyle.Counce@oag.texas.gov | 10/17/2025 3:38:13 PM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 10/17/2025 3:38:13 PM | SENT |
| Brandon L.King | | brandon.king@hklaw.com | 10/17/2025 3:38:13 PM | SENT |